IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                   CASE NO. 1:88-cr-01007-MP-AK-2

WILLIE BUD REED, JR,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 1416, Motion for Reconsideration Pursuant to Fed. R. Civ. P. 59(e) by Willie Bud Reed, Jr. Defendant requests reconsideration of the Court's order denying his motion to revisit. Rule 59(e) permits a motion to alter or amend a judgment. Here, defendant requests reconsideration of an order, which is properly brought under Rule 60(b). Nevertheless, defendant fails to provide any justification for reconsidering the Court's order.

Moreover, defendant's motion attacks the sentence imposed by this Court and is properly construed as a § 2255 motion. Defendant was previously denied collateral relief on the merits of his § 2255 motion, and therefore he is barred from seeking such relief in this Court absent prior certification from the Eleventh Circuit. *See* 28 U.S.C. §§ 2255(h), 2244(b)(3). Accordingly, it is hereby

        **ORDERED AND ADJUDGED:**

1. Defendant's motion for reconsideration, Doc. 1416, is DENIED.

**DONE AND ORDERED** this  *9th* day of September, 2011

        *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge